TAM:JHK
F.#2004V00639

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  MAR 3 1 2006  ★
P.M.
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN HAEFFER,                                    STIPULATION OF
                                                 DISMISSAL WITH PREJUDICE
                      Plaintiff,

                                                 Civil Action No.
          -against-                              CV-04-1132

UNITED STATES OF AMERICA,                        (Platt, J.)
                                                 (Wall, M.J.)
                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

          IT IS HEREBY STIPULATED AND AGREED, by and between the parties to

the above-captioned action, by and through their respective undersigned counsel that, in

accordance with the Stipulation For Compromise Settlement and Release of Federal Tort Claims

Act Claims Pursuant to 28 U.S.C. § 2677 executed herein, this action and any and all claims

arising therefrom are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal

Rules of Civil Procedure, with each party to bear its own costs, fees and disbursements.  Plaintiff

further agrees that no further suit will be instituted for the same causes of action which have

been

asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

Dated: New York, New York
      March 23, 2006

                                    BAUMAN, KUNKIS, & OCASIO-DOUGLAS, PC
                                    Attorney for Plaintiff
                                    14 Penn Plaza - Suite 2008
                                    New York, New York 10122

By:    s/ Maria Del Pilar Ocasio-Douglas, PC
            MARIA DEL PILAR OCASIO-DOUGLAS, ESQ.
            (212) 564-3555
            Your File No. 1864

Dated: Central Islip, New York
      March 31, 2006

                                      ROSLYNN R. MAUSKOPF
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for Defendant
                                    610 Federal Plaza, 5th Floor
                                    Central Islip, New York 11722

By:    S/ JAMES H. KNAPP, ESQ.
            JAMES H. KNAPP (JK 5517)
            Assistant United States Attorney
            (631) 715-7879

APR 3 2006

SO ORDERED:

/S/

Honorable ERIC N. VITALIANO
United States District Judge